# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEI LI, AN INDIVIDUAL,

Appellant,

vs.

GANDALF VENTURES, LLC, D/B/A SYNERGY SOTHEBY'S INTERNATIONAL REALITY; ELISA CAROTHERS, AN INDIVIDUAL; DON KUHL, AN INDIVIDUAL; AND MARY TATE, AN INDIVIDUAL,

Respondents.

No. 80804

**FILED**

APR 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from orders dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. Although the district court orally dismissed Mary Tate on February 18, 2020, no written order has been entered on the district court's docket. Before the entry of a final written judgment, the district court retains jurisdiction to reconsider its decision. The district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed. *See* NRAP 4(a)(1); *Rust*

*v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The notice of appeal was prematurely filed. This court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Stefany Miley, District Judge
       Lei Li
       David J. Winterton & Associates, Ltd.
       Eighth District Court Clerk